UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JASON JARRELL SPIKES** | **CIVIL ACTION** |
| | NO. 22-587 |
| | *consolidated with* |
| **VERSUS** | NOS. 22-588 |
| | 22-589 |
| | 22-663 |
| | 22-664 |
| | 22-665 |
| | 22-742 |
| | 22-473 |
| | **REF: ALL CASES** |
| **22nd PUBLIC DEFENDER JOHN LINDER, ET AL.** | **SECTION: "I"(3)** |

# J U D G M E N T

The Court, having considered the petition, the record, the applicable law and for the written reasons assigned;

**IT IS ORDERED, ADJUDGED, AND DECREED** that petitioner's eight federal applications seeking habeas corpus relief pursuant to 28 U.S.C. § 2241 are **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this thirtieth day of March, 2022.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE